ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 AUG 18 A 11: 40
CLERK _McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARCUS WELCH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV 311-048 |
| FNU AJIBADE, Doctor, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 18 day of August, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE